```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3134 |
| v. | ) | |
| | ) | |
| REINHARD LOGEWOLF, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion for modification of release conditions, filing 9, is granted as set forth in the motion, and the defendant may participate in a Harris Lab study commencing January 25, 2006 through February 21, 2006

DATED this 18th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge