IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3134 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| REINHARD LOGEWOLF, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government, and over the objection of the defendant,

IT IS ORDERED that:

(1)     Trial of this case as to Defendant Logewolf is continued to 9:00 a.m., Monday, July 31, 2006, before the undersigned United States district judge, in Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

(2)     The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

May 22, 2006.                                   BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge